# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW KYLE WHITTECAR,

    Defendant.

Case No. CR08-401-JLR

DETENTION ORDER

<u>Offense charged</u>:

    Count 1:    Bank Fraud, in violation of 18, U.S.C. § 1344 and 2.

<u>Date of Detention Hearing</u>: December 10, 2008.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant is currently detained in Case No. CR08-398. Accordingly, he has stipulated to detention in this matter. If circumstances change in CR08-398, he can ask the Court to revisit the issue.

(2)    There appear to be no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

01     IT IS THEREFORE ORDERED:

02   (1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

06   (2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

08   (3)   On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

12   (4)   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of December, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER                                                         15.13
18 U.S.C. § 3142(i)                                         Rev. 1/91
PAGE 2